IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID LEE MAYO, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:15cv127-MHT |
| ) | (WO) |
| DR. DARBOUZE and CORIZON ) | |
| MEDICAL SERVICES, ) | |
| ) | |
|    Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed against plaintiff.

It is further ORDERED that plaintiff's application to proceed in forma pauperis (doc. no. 2) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of April, 2015.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE